1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESSE T. MOTEN,

11          Plaintiff,                No. CIV S-03-1729 GEB DAD P

12       vs.

13   JAMES GOMEZ, et al.,

14          Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Before the court is plaintiff's motion requesting injunctive relief.

18          Plaintiff claims that he has suffered retaliation at the hands of the defendants

19   named in his second amended complaint pending before this court.  Those defendants are

20   employed at CSP-Solano, CSP-Centinela, and CSP-Calipatria.  Court records indicate that

21   plaintiff is currently incarcerated at CSP-Corcoran.  When an inmate seeks injunctive or

22   declaratory relief concerning the prison where he is incarcerated, his claims for such relief

23   become moot when he is no longer subjected to those conditions.  See Weinstein v. Bradford,

24   423 U.S. 147, 149 (1975); Dilley v. Gunn, 64 F.3d 1365, 1368-69 (9th Cir. 1995).  Accordingly,

25   plaintiff's motion should be denied as moot.

26   /////

1

1   Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's December 8,

2   2004 motion for injunctive relief be denied.

3   These findings and recommendations are submitted to the United States District

4   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

5   days after being served with these findings and recommendations, plaintiff may file written

6   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

7   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

8   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

9   F.2d 1153 (9th Cir. 1991).

10  DATED: August 14, 2005.

11

12  _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE
13  DAD:4
    mote1729.49b

14

15

16

17

18

19

20

21

22

23

24

25

26