IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

    Plaintiff,                      No. CIV S-03-1729 GEB DAD P

    vs.

JAMES GOMEZ, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his third amended complaint pursuant to the court's order of August 15, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 15, 2005 request for an extension of time is granted; and

        2. Plaintiff shall file his third amended complaint on or before October 25, 2005.

DATED: September 21, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
mote1729.36s