IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

      Plaintiff,                    No. CIV S-03-1729 GEB DAD P

    vs.

JAMES GOMEZ, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2005, the court granted plaintiff an extension until October 25, 2005 to file his third amended complaint. On November 2, 2005, plaintiff filed a second request for an extension of time. The court will grant plaintiff the additional time but cautions plaintiff that no further extensions will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 2, 2005 request for a second extension of time is granted;

        2. Plaintiff shall file his third amended complaint on or before December 6, 2005; the third amended complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the third amended complaint must bear the docket number assigned this case and must be labeled "Third Amended

1 Complaint"; plaintiff must file an original and two copies of the third amended complaint; failure
2 to file a third amended complaint in accordance with the court's orders will result in a
3 recommendation that this action be dismissed.

DATED: November 4, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mote1729.eot2