UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED

NOV 2 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JESSE T. MOTEN, | No. 05-17037 |
| | D.C. No. CV-03-01729-GEB/DAD |
| Plaintiff - Appellant, | |
| v. | |
| JAMES GOMEZ; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [x]

Explanation: Court denied as moot Plaintiff's motion for injunctive relief due to alleged retaliation because Plaintiff is no longer incarcerated at the facility where he claims he suffered retaliation.

Judge
United States District Court

Date: 11/14/2005