IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

    Plaintiff,                       No. CIV S-03-1729 GEB DAD P

    vs.

JAMES GOMEZ, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has filed a request for an extension of time to file his third amended complaint pursuant to the court's order of February 9, 2006. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's February 27, 2006 request for an extension of time is granted; and

        2. Plaintiff shall file his third amended complaint on or before March 24, 2006. No further extensions of time will be granted.

DATED: March 6, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
mote1729.36sec