IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

        Plaintiff,                                No. CIV S-03-1729 GEB DAD P

    vs.

JAMES GOMEZ, et al.,

        Defendants.                       <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file his objections to the May 22, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 22, 2006 request for an extension of time is granted; and

        2. Plaintiff shall filed his objections to the May 22, 2006 findings and recommendations on or before July 10, 2006.

DATED: July 10, 2006.

                                                     /s/ Dale A. Drozd
                                                     DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

DAD:bb
mote1729.36(3)