IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE T. MOTEN,

    Plaintiff,                  2:03-cv-1729-GEB-DAD-P

   vs.

JAMES GOMEZ, et al.,

    Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On May 22, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On July 10, 2006, plaintiff was granted an extension of time, in which to file his objections. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire

/////

1

1 | file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.
3 |      Accordingly, IT IS HEREBY ORDERED that:
4 |      1. The findings and recommendations filed May 22, 2006, are adopted in full; and
5 |      2. This action is dismissed with prejudice as frivolous and for failure to state a
6 | claim. 28 U.S.C. § 1915A.
7 | Dated: September 18, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```